UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONALISA VASQUEZ,<br><br>       Plaintiff,<br><br>    -v.-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | 24 Civ. 9066 (KPF) (HJR)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  By Order today, the Court is referring this case to Magistrate Judge Henry J. Ricardo for a report and recommendation on any motion for judgment on the pleadings. To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Ricardo.

  If both parties consent to proceed before the Magistrate Judge, counsel for Defendant must, **within two weeks of the date of this Order**, either mail or email to Failla_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at

https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge). If the Court approves that form, all further proceedings will then be conducted before Magistrate Judge Ricardo rather than before the undersigned.

2

      If either party does not consent to conducting all further proceedings before Magistrate Judge Ricardo, the parties must file a joint letter, **within two weeks of the date of this Order** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

      SO ORDERED.

Dated:  December 3, 2024
           New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge