UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MONALISA VASQUEZ,

                        Plaintiff,                24 **CIVIL** 9066 (HJR)

   -v-                                             **<u>JUDGMENT</u>**

MICHELLE KING, ACTING COMMISSIONER
OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 13, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Commissioner will offer Plaintiff the opportunity for a hearing and will issue a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

      February 13, 2025

                                                   **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                              **BY:**
                                             _____
                                                    **Deputy Clerk**